STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (SBN 157582)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
    Email: Robert.Conte@usdoj.gov

JS-6

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. ED CV 14 – 427 JGB (SPx) |
|     Petitioner, | ORDER DISMISSING CASE |
| vs. | |
| Maggie Lin, | |
|     Respondent. | |

ORDER

For good cause, the stipulation of the parties is approved.  The case is dismissed with prejudice, each party bearing its own costs and fees.

IT IS ORDERRED.

Date:  February 13, 2015    _____
HON. JESUS G. BERNAL
United States District judge